Ira Bodenstein
Shaw Fishman
321 N. Clark St., Ste. 800
Chicago, IL  60654
(312) 666-2861
    Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: KOSIK, JOSEPH J., JR | § | Case No. 13-42844 |
|     KOSIK, MARY | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on October 31, 2013.  The undersigned trustee was appointed on *bad date*.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of     $    21,032.32

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 206.80 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]     $ | 20,825.52 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 06/27/2014 and the deadline for filing governmental claims was 04/29/2014. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,853.23. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,853.23, for a total compensation of $2,853.23.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/05/2015     By: /s/Ira Bodenstein
                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 13-42844  
**Case Name:** KOSIK, JOSEPH J., JR  
　　　　　　　KOSIK, MARY  
**Period Ending:** 01/05/15

**Trustee:** (330129)   Ira Bodenstein  
**Filed (f) or Converted (c):** 02/13/14 (c)  
**§341(a) Meeting Date:** 03/21/14  
**Claims Bar Date:** 06/27/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2625 Spruce, River Grove - single family home<br>Imported from original petition Doc# 1 | 165,000.00 | 0.00 | | 0.00 | FA |
| 2 | Bank of America checking/savings accounts Locati<br>Imported from original petition Doc# 1 | 1,800.00 | 0.00 | | 0.00 | FA |
| 3 | Bank of America Savings. Funds held by daughter<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 4 | Charter One Savings Location: In debtor's posses<br>Imported from original petition Doc# 1 | 800.00 | 0.00 | | 0.00 | FA |
| 5 | Chase Bank. Checking and Savings. Location: In d<br>Imported from original petition Doc# 1 | 2,725.00 | 0.00 | | 0.00 | FA |
| 6 | Credit Union Account at Work Location: In debtor<br>Imported from original petition Doc# 1 | 680.00 | 680.00 | | 0.00 | FA |
| 7 | Harris Money Market. Funds held by daughter in t<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 8 | Household Goods and Furnishings. Typical used ho<br>Imported from original petition Doc# 1 | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 9 | Family photos Location: In debtor's possession<br>Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 10 | Clothing - one woman's wearing apparel all in us<br>Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 11 | Clothing - one man's wearing apparel all in used<br>Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 12 | Jewelry - wedding ring and band Location: In deb<br>Imported from original petition Doc# 1 | 1,000.00 | 0.00 | | 0.00 | FA |
| 13 | Sporting goods - eliptical trainer Location: In<br>Imported from original petition Doc# 1 | 250.00 | 0.00 | | 0.00 | FA |
| 14 | Joseph Kosik life insurance policy. Cash value.<br>Imported from original petition Doc# 1 | 733.00 | 0.00 | | 0.00 | FA |
| 15 | Joseph Kosik life insurance policy. Cash value.<br>Imported from original petition Doc# 1 | 2,066.00 | 0.00 | | 0.00 | FA |
| 16 | Joseph Kosik life insurance policy. Cash value.<br>Imported from original petition Doc# 1 | 1,752.00 | 0.00 | | 0.00 | FA |

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 13-42844  
**Case Name:** KOSIK, JOSEPH J., JR  
KOSIK, MARY  
**Period Ending:** 01/05/15

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 02/13/14 (c)  
**§341(a) Meeting Date:** 03/21/14  
**Claims Bar Date:** 06/27/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 17 | Debtor. Location: In debtor's possession Joseph<br>Imported from original petition Doc# 1 | 19,645.00 | 0.00 | | 0.00 | FA |
| 18 | Mary Kosik life insurance policy. Cash value. Be<br>Imported from original petition Doc# 1 | 7,694.00 | 0.00 | | 0.00 | FA |
| 19 | Mary Kosik life insurance policy. Cash value. Be<br>Imported from original petition Doc# 1 | 4,019.00 | 0.00 | | 0.00 | FA |
| 20 | Co debtor 401k from prior job. Location: In debt<br>Imported from original petition Doc# 1 | 1,679.00 | 0.00 | | 0.00 | FA |
| 21 | Co debtor 403b with current employer Location: I<br>Imported from original petition Doc# 1 | 33,537.00 | 0.00 | | 0.00 | FA |
| 22 | Co debtor iRA Location: In debtor's possession<br>Imported from original petition Doc# 1 | 4,279.00 | 0.00 | | 0.00 | FA |
| 23 | Debtor profit sharing plan/retirement plan with<br>Imported from original petition Doc# 1 | 5,500.00 | 0.00 | | 0.00 | FA |
| 24 | 2002 Chevy Cavalier - 130,000 miles Location: In<br>Imported from original petition Doc# 1 | 1,100.00 | 1,100.00 | | 0.00 | FA |
| 25 | 2004 Ford Escape, 106,000 miles Location: In deb<br>Imported from original petition Doc# 1 | 2,500.00 | 275.00 | | 0.00 | FA |
| 26 | 2009 gyundi Elantra sedan. Location: In debtor's<br>Imported from original petition Doc# 1 | 6,500.00 | 191.00 | | 0.00 | FA |
| 27 | 2010 Kawasaki Ninja - Joint with son. Father cos<br>Imported from original petition Doc# 1 | 2,500.00 | 1,547.00 | | 0.00 | FA |
| 28 | Inheritance from mother (u) | 0.00 | 0.00 | | 21,032.32 | FA |
| 28 | **Assets Totals** (Excluding unknown values) | **$268,459.00** | **$5,293.00** | | **$21,032.32** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**           **Current Projected Date Of Final Report (TFR):**

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 13-42844  
**Case Name:** KOSIK, JOSEPH J., JR  
KOSIK, MARY  
**Taxpayer ID #:** **-***7205  
**Period Ending:** 01/05/15  

**Trustee:** Ira Bodenstein (330129)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3566 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/02/14 | {28} | Mary Kosik | Inheritance from mother | 1290-000 | 21,032.32 | | 21,032.32 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.20 | 21,007.12 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.20 | 20,977.92 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.19 | 20,944.73 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.11 | 20,915.62 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.08 | 20,883.54 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.03 | 20,852.51 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.99 | 20,825.52 |
| | | | **ACCOUNT TOTALS** | | 21,032.32 | 206.80 | $20,825.52 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 21,032.32 | 206.80 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$21,032.32** | **$206.80** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******3566** | 21,032.32 | 206.80 | 20,825.52 |
| | **$21,032.32** | **$206.80** | **$20,825.52** |

{} Asset reference(s)

Printed: 01/05/2015 04:26 PM     V.13.20

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** June 27, 2014

**Case Number:** 13-42844  
**Debtor Name:** KOSIK, JOSEPH J., JR

Page: 1

**Date:** January 5, 2015  
**Time:** 04:26:20 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | Ira Bodenstein<br>321 N. Clark St., Ste. 800<br>Chicago, IL 60654 | Admin Ch. 7 | | $2,853.23 | $0.00 | 2,853.23 |
| 3<br>100 | JPMorgan Chase Bank, N.A. National Bankruptcy Depa<br>P.O. Box 29505 AZ1-1191<br>Phoenix, AZ 85038-9505 | Secured | 7494<br>Withdrawn 11/05/2014 | $0.00 | $0.00 | 0.00 |
| 4<br>100 | Quicken Loans Inc.<br>Attn: Bankruptcy Team<br>635 Woodward Ave<br>Detroit, MI 48226 | Secured | 1336<br>Withdrawal of claim filed 12/26/2014 | $0.00 | $0.00 | 0.00 |
| 11 -3<br>100 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk, VA 23541 | Secured | Withdrawn 10/27/2014 | $0.00 | $0.00 | 0.00 |
| NOTFILED<br>100 | Capital One | Secured | | $0.00 | $0.00 | 0.00 |
| NOTFILED<br>100 | Chase<br>PO Box 9001801<br>Louisville, KY 40290-1804 | Secured | | $0.00 | $0.00 | 0.00 |
| 1<br>610 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | 3974 | $1,548.07 | $0.00 | 1,548.07 |
| 2<br>610 | Discover Personal Loans<br>PO BOX 30954<br>Salt Lake City, UT 84130 | Unsecured | 9350 | $12,631.49 | $0.00 | 12,631.49 |
| 5<br>610 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | 6181 | $205.05 | $0.00 | 205.05 |
| 6<br>610 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | 4020 | $125.51 | $0.00 | 125.51 |
| 7<br>610 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | 2159 | $147.10 | $0.00 | 147.10 |
| 8<br>610 | ALTAIR OH XIII, LLC<br>C O WEINSTEIN,PINSON AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Unsecured | 8046 | $5,931.38 | $0.00 | 5,931.38 |
| 9<br>610 | Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595 | Unsecured | 9736 | $338.40 | $0.00 | 338.40 |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** June 27, 2014

**Case Number:** 13-42844  
**Debtor Name:** KOSIK, JOSEPH J., JR

Page: 2

**Date:** January 5, 2015  
**Time:** 04:26:20 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 10 610 | ALTAIR OH XIII, LLC<br>C O WEINSTEIN,PINSON AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Unsecured | | $15,323.60 | $0.00 | 15,323.60 |
| NOTFILED 610 | Bank of America<br>PO Box 15019<br>Wilmington, DE 19850 | Unsecured | 8345 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Chase<br>PO Box 15153<br>Wilmington, DE 19886-5153 | Unsecured | 8174 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Discover<br>PO Box 15316<br>Wilmington, DE 19850 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Chase<br>PO Box 901076<br>Fort Worth, TX 76101 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Chase<br>PO Box 15298<br>Wilmington, DE 19850 | Unsecured | | $0.00 | $0.00 | 0.00 |
| << Totals >> | | | | 39,103.83 | 0.00 | 39,103.83 |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 13-42844
Case Name: KOSIK, JOSEPH J., JR
Trustee Name: Ira Bodenstein

| | **Balance on hand:** | $ 20,825.52 |
|---|---|---|

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | None | | | | |

| | | |
|---|---|---|
| | Total to be paid to secured creditors: | $ 0.00 |
| | Remaining balance: | $ 20,825.52 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Ira Bodenstein | 2,853.23 | 0.00 | 2,853.23 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administration expenses: | $ | 2,853.23 |
| Remaining balance: | $ | 17,972.29 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| | None | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 17,972.29 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 17,972.29 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $ 36,250.60 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 49.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 1,548.07 | 0.00 | 767.50 |
| 2 | Discover Personal Loans | 12,631.49 | 0.00 | 6,262.43 |
| 5 | Quantum3 Group LLC as agent for | 205.05 | 0.00 | 101.66 |
| 6 | Quantum3 Group LLC as agent for | 125.51 | 0.00 | 62.23 |
| 7 | Quantum3 Group LLC as agent for | 147.10 | 0.00 | 72.93 |
| 8 | ALTAIR OH XIII, LLC | 5,931.38 | 0.00 | 2,940.65 |
| 9 | Cavalry SPV I, LLC | 338.40 | 0.00 | 167.77 |
| 10 | ALTAIR OH XIII, LLC | 15,323.60 | 0.00 | 7,597.12 |

Total to be paid for timely general unsecured claims:   $   17,972.29
Remaining balance:   $   0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:   $   0.00
Remaining balance:   $   0.00

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**