Ira Bodenstein  
Shaw Fishman  
321 N. Clark St., Ste. 800  
Chicago, IL 60654  
(312) 666-2861  
          Chapter 7 Trustee

The Honorable:    TIMOTHY A. BARNES  
Chapter 7

Hearing Date:    02/10/2015  
Hearing Time:    10:30 am

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: KOSIK, JOSEPH J., JR<br>KOSIK, MARY<br>Debtor(s) | §<br>§<br>§<br>§ | Case No. 13-42844 |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATION FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Ira Bodenstein, trustee of the above styled estate, has filed a Final Report and the trustee has filed a final fee application, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    219 South Dearborn Street  
    Chicago, IL. 60604

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 am on 02/10/2015 in Courtroom 613, United States Courthouse, 219 South Dearborn Street Chicago, IL. 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

UST Form 101-7-NFR (10/1/2010)

Date Mailed: 01/06/2015          By:    Ira Bodenstein
                                        Trustee

Ira Bodenstein
321 N. Clark St., Ste. 800
Chicago, IL 60654
(312) 666-2861

**UST Form 101-7-NFR (10/1/2010)**

| | | |
|---|---|---|
| Ira Bodenstein | The Honorable: | TIMOTHY A. BARNES |
| Shaw Fishman | Chapter 7 | |
| 321 N. Clark St., Ste. 800 | Location: | |
| Chicago, IL 60654 | Hearing Date: | / / |
| (312) 666-2861 | Hearing Time: | |
| Chapter 7 Trustee | Response Date: | / / |

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: KOSIK, JOSEPH J., JR  § Case No. 13-42844
   KOSIK, MARY  §
                  §
Debtor(s)         §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*   $   21,032.32

*and approved disbursements of*   $   206.80

*leaving a balance on hand of* [1]   $   20,825.52

**Balance on hand:**   $   20,825.52

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $   0.00
Remaining balance:   $   20,825.52

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Ira Bodenstein | 2,853.23 | 0.00 | 2,853.23 |

Total to be paid for chapter 7 administration expenses:   $   2,853.23
Remaining balance:   $   17,972.29

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 17,972.29

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 17,972.29

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 36,250.60 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 49.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 1,548.07 | 0.00 | 767.50 |
| 2 | Discover Personal Loans | 12,631.49 | 0.00 | 6,262.43 |
| 5 | Quantum3 Group LLC as agent for | 205.05 | 0.00 | 101.66 |
| 6 | Quantum3 Group LLC as agent for | 125.51 | 0.00 | 62.23 |
| 7 | Quantum3 Group LLC as agent for | 147.10 | 0.00 | 72.93 |
| 8 | ALTAIR OH XIII, LLC | 5,931.38 | 0.00 | 2,940.65 |
| 9 | Cavalry SPV I, LLC | 338.40 | 0.00 | 167.77 |
| 10 | ALTAIR OH XIII, LLC | 15,323.60 | 0.00 | 7,597.12 |

Total to be paid for timely general unsecured claims: $ 17,972.29
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/Ira Bodenstein
Trustee

Ira Bodenstein
321 N. Clark St., Ste. 800
Chicago, IL 60654
(312) 666-2861

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  
Joseph J. Kosik, Jr  
Mary Kosik  
    Debtors

Case No. 13-42844-TAB  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1    User: corrinal    Page 1 of 2    Date Rcvd: Jan 07, 2015  
    Form ID: pdf006    Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 09, 2015.

```
db/jdb         +Joseph J. Kosik, Jr,   Mary Kosik,   2625 Spruce Street,   River Grove, IL 60171-1623
21178940       +Ann Taylor,   PO Box 182789,   Columbus, OH 43218-2789
21178941       +Arthur W. Rummler,   799 Roosevelt Road,   Building 2, Suite 104,   Glen Ellyn, IL 60137-5919
21178942       +Bank of America,   PO Box 15019,   Wilmington, DE 19850-5019
21531198       +CAPITAL ONE, N.A.,   PO Box 12907,   Norfolk, VA 23541-0907
21178944        Capital One,   PO Box 71106,   Charlotte, NC  28272-1106
21178943        Capital One,   PO Box 6492,   Carol Stream, IL  60197-6492
21178946        Carson's Comenity,   PO Box 659813,   San Antonio, TX  78265-9113
21178948       +Chase,   PO Box 15298,   Wilmington, DE 19850-5298
21178950        Chase,   PO Box 15153,   Wilmington, DE  19886-5153
21178947       +Chase,   PO Box 9001801,   Louisville, KY 40290-1801
21178951       +Citibank,   PO Box 6241,   Sioux Falls, SD 57117-6241
21178954        Discover,   PO Box 6105,   Carol Stream, IL  60197-6105
21178955       +Dress Barn,   PO Box 659704,   San Antonio, TX 78265-9704
21247396        JPMorgan Chase Bank, N.A. National Bankruptcy Depa,   P.O. Box 29505 AZ1-1191,
                 Phoenix, AZ 85038-9505
21178956       +Jeremy Kosik,   2625 Spruce St.,   River Grove, IL 60171-1623
21178957       +Joseph J. Kosik, Jr.,   Mary Kosik,   2625 Spruce Street,   River Grove, IL 60171-1623
22079796      ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                (address filed with court:  Portfolio Recovery Associates, LLC,   POB 41067,
                 Norfolk, VA 23541)
21178958       +Quicken Loans,   PO Box 6577,   Carol Stream, IL 60197-6577
21207352       +Quicken Loans Inc.,   c/o Potestivo & Associates, P.C.,   223 W. Jackson Blvd., Suite 610,
                 Chicago, Illinois 60606-6911
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
21419901       +E-mail/Text: bncmail@w-legal.com Jan 08 2015 01:32:14      ALTAIR OH XIII, LLC,
                C O WEINSTEIN,PINSON AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
21178945        E-mail/PDF: gecsedi@recoverycorp.com Jan 08 2015 01:40:13      Care Credit,   PO Box 960061,
                Orlando, FL  32896-0061
21470754       +E-mail/Text: bankruptcy@cavps.com Jan 08 2015 01:32:31      Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-1340
21178949       +E-mail/Text: bk.notifications@jpmchase.com Jan 08 2015 01:31:40      Chase,   PO Box 901076,
                Fort Worth, TX 76101-2076
21178953        E-mail/PDF: mrdiscen@discoverfinancial.com Jan 08 2015 01:39:35      Discover,   PO Box 15316,
                Wilmington, DE  19850
21178952        E-mail/PDF: mrdiscen@discoverfinancial.com Jan 08 2015 01:39:35      Discover,   PO Box 6103,
                Carol Stream, IL  60197-6103
21194050        E-mail/PDF: mrdiscen@discoverfinancial.com Jan 08 2015 01:39:35      Discover Bank,
                DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
21200693       +E-mail/Text: dplbk@discover.com Jan 08 2015 01:32:40      Discover Personal Loans,
                PO BOX 30954,   Salt Lake City, UT 84130-0954
21322242        E-mail/Text: bnc-quantum@quantum3group.com Jan 08 2015 01:31:47
                Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA  98083-0788
21252109       +E-mail/Text: bankruptcyteam@quickenloans.com Jan 08 2015 01:32:36      Quicken Loans Inc.,
                Attn: Bankruptcy Team,   635 Woodward Ave,   Detroit, MI 48226-3408
                                                                                              TOTAL: 10

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22561202*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                (address filed with court:  Portfolio Recovery Associates, LLC,
                 Successor CAPITAL ONE, NATIONAL ASSOCIAT,   POB 41067,   Norfolk VA 23541)
22561204*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                (address filed with court:  Portfolio Recovery Associates, LLC,
                 successor to CAPITAL ONE, NATIONAL ASSOC,   POB 41067,   Norfolk VA 23541)
                                                                                TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1           User: corrinal              Page 2 of 2                   Date Rcvd: Jan 07, 2015
                               Form ID: pdf006             Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 09, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 6, 2015 at the address(es) listed below:
              Arthur W Rummler     on behalf of Joint Debtor Mary  Kosik arthur.rummler@gmail.com,
               artrummler@juno.com
              Arthur W Rummler     on behalf of Debtor Joseph J. Kosik, Jr arthur.rummler@gmail.com,
               artrummler@juno.com
              Caleb  Halberg     on behalf of Creditor    Quicken Loans Inc. chalberg@potestivolaw.com,
               bknotices@potestivolaw.com
              Ira  Bodenstein      iratrustee@shawfishman.com,   IL29@ecfcbis.com;cowens@shawfishman.com
              Patrick S Layng     USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 5
```