# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: KOSIK, JOSEPH J., JR                          §     Case No. 13-42844
       KOSIK, MARY                                   §
                                                     §
Debtor(s)                                            §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

Ira Bodenstein, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $268,459.00                    Assets Exempt:  $95,704.00
*(without deducting any secured claims)*

Total Distribution to Claimants:$17,972.29       Claims Discharged
                                                 Without Payment: $40,496.48

Total Expenses of Administration:$3,060.03

3) Total gross receipts of $      21,032.32     (see **Exhibit 1** ), minus funds paid to the debtor
and third parties of $       0.00     (see **Exhibit 2**), yielded net receipts of  $21,032.32
from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $206,839.95 | $204,738.45 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,060.03 | 3,060.03 | 3,060.03 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 57,377.15 | 36,250.60 | 36,250.60 | 17,972.29 |
| **TOTAL DISBURSEMENTS** | $264,217.10 | $244,049.08 | $39,310.63 | $21,032.32 |

4)  This case was originally filed under Chapter 7 on October 31, 2013. The case was pending for 14 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/20/2015            By: /s/Ira Bodenstein
                                        Trustee


**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.


**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Inheritance from mother | 1290-000 | 21,032.32 |
| **TOTAL GROSS RECEIPTS** | | **$21,032.32** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | JPMorgan Chase Bank, N.A. National Bankruptcy Depa | 4110-000 | 1,420.95 | 1,275.44 | 0.00 | 0.00 |
| 4 | Quicken Loans Inc. | 4110-000 | 202,957.00 | 202,111.23 | 0.00 | 0.00 |
| 11 -3 | Portfolio Recovery Associates, LLC | 4110-000 | 953.00 | 1,351.78 | 0.00 | 0.00 |
| NOTFILED | Capital One | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 4110-000 | 1,509.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$206,839.95** | **$204,738.45** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

### EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Ira Bodenstein | 2100-000 | N/A | 2,853.23 | 2,853.23 | 2,853.23 |
| Rabobank, N.A. | 2600-000 | N/A | 25.20 | 25.20 | 25.20 |
| Rabobank, N.A. | 2600-000 | N/A | 29.20 | 29.20 | 29.20 |
| Rabobank, N.A. | 2600-000 | N/A | 33.19 | 33.19 | 33.19 |
| Rabobank, N.A. | 2600-000 | N/A | 29.11 | 29.11 | 29.11 |
| Rabobank, N.A. | 2600-000 | N/A | 32.08 | 32.08 | 32.08 |
| Rabobank, N.A. | 2600-000 | N/A | 31.03 | 31.03 | 31.03 |
| Rabobank, N.A. | 2600-000 | N/A | 26.99 | 26.99 | 26.99 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $3,060.03 | $3,060.03 | $3,060.03 |

### EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

**EXHIBIT 7 —GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 1,455.86 | 1,548.07 | 1,548.07 | 767.50 |
| 2 | Discover Personal Loans | 7100-000 | 12,301.54 | 12,631.49 | 12,631.49 | 6,262.43 |
| 5 | Quantum3 Group LLC as agent for | 7100-000 | 66.40 | 205.05 | 205.05 | 101.66 |
| 6 | Quantum3 Group LLC as agent for | 7100-000 | 63.82 | 125.51 | 125.51 | 62.23 |
| 7 | Quantum3 Group LLC as agent for | 7100-000 | 80.20 | 147.10 | 147.10 | 72.93 |
| 8 | ALTAIR OH XIII, LLC | 7100-000 | 5,642.76 | 5,931.38 | 5,931.38 | 2,940.65 |
| 9 | Cavalry SPV I, LLC | 7100-000 | 276.40 | 338.40 | 338.40 | 167.77 |
| 10 | ALTAIR OH XIII, LLC | 7100-000 | 15,272.00 | 15,323.60 | 15,323.60 | 7,597.12 |
| NOTFILED | Bank of America | 7100-000 | 13,425.83 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 3,123.34 | N/A | N/A | 0.00 |
| NOTFILED | Discover | 7100-000 | 775.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 1,771.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 3,123.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $57,377.15 | $36,250.60 | $36,250.60 | $17,972.29 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-42844
**Case Name:** KOSIK, JOSEPH J., JR
KOSIK, MARY
**Period Ending:** 03/20/15

**Trustee:** (330129) Ira Bodenstein
**Filed (f) or Converted (c):** 02/13/14 (c)
**§341(a) Meeting Date:** 03/21/14
**Claims Bar Date:** 06/27/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2625 Spruce, River Grove - single family home<br>Imported from original petition Doc# 1 | 165,000.00 | 0.00 | | 0.00 | FA |
| 2 | Bank of America checking/savings accounts Locati<br>Imported from original petition Doc# 1 | 1,800.00 | 0.00 | | 0.00 | FA |
| 3 | Bank of America Savings. Funds held by daughter<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 4 | Charter One Savings Location: In debtor's posses<br>Imported from original petition Doc# 1 | 800.00 | 0.00 | | 0.00 | FA |
| 5 | Chase Bank. Checking and Savings. Location: In d<br>Imported from original petition Doc# 1 | 2,725.00 | 0.00 | | 0.00 | FA |
| 6 | Credit Union Account at Work Location: In debtor<br>Imported from original petition Doc# 1 | 680.00 | 680.00 | | 0.00 | FA |
| 7 | Harris Money Market. Funds held by daughter in t<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 8 | Household Goods and Furnishings. Typical used ho<br>Imported from original petition Doc# 1 | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 9 | Family photos Location: In debtor's possession<br>Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 10 | Clothing - one woman's wearing apparel all in us<br>Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 11 | Clothing - one man's wearing apparel all in used<br>Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 12 | Jewelry - wedding ring and band Location: In deb<br>Imported from original petition Doc# 1 | 1,000.00 | 0.00 | | 0.00 | FA |
| 13 | Sporting goods - eliptical trainer Location: In<br>Imported from original petition Doc# 1 | 250.00 | 0.00 | | 0.00 | FA |
| 14 | Joseph Kosik life insurance policy. Cash value.<br>Imported from original petition Doc# 1 | 733.00 | 0.00 | | 0.00 | FA |
| 15 | Joseph Kosik life insurance policy. Cash value.<br>Imported from original petition Doc# 1 | 2,066.00 | 0.00 | | 0.00 | FA |
| 16 | Joseph Kosik life insurance policy. Cash value.<br>Imported from original petition Doc# 1 | 1,752.00 | 0.00 | | 0.00 | FA |

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 13-42844
**Case Name:** KOSIK, JOSEPH J., JR
KOSIK, MARY
**Period Ending:** 03/20/15

**Trustee:** (330129)   Ira Bodenstein
**Filed (f) or Converted (c):** 02/13/14 (c)
**§341(a) Meeting Date:** 03/21/14
**Claims Bar Date:** 06/27/14

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 17 | Debtor. Location: In debtor's possession Joseph Imported from original petition Doc# 1 | 19,645.00 | 0.00 | | 0.00 | FA |
| 18 | Mary Kosik life insurance policy. Cash value. Be Imported from original petition Doc# 1 | 7,694.00 | 0.00 | | 0.00 | FA |
| 19 | Mary Kosik life insurance policy. Cash value. Be Imported from original petition Doc# 1 | 4,019.00 | 0.00 | | 0.00 | FA |
| 20 | Co debtor 401k from prior job. Location: In debt Imported from original petition Doc# 1 | 1,679.00 | 0.00 | | 0.00 | FA |
| 21 | Co debtor 403b with current employer Location: I Imported from original petition Doc# 1 | 33,537.00 | 0.00 | | 0.00 | FA |
| 22 | Co debtor iRA Location: In debtor's possession Imported from original petition Doc# 1 | 4,279.00 | 0.00 | | 0.00 | FA |
| 23 | Debtor profit sharing plan/retirement plan with Imported from original petition Doc# 1 | 5,500.00 | 0.00 | | 0.00 | FA |
| 24 | 2002 Chevy Cavalier - 130,000 miles Location: In Imported from original petition Doc# 1 | 1,100.00 | 1,100.00 | | 0.00 | FA |
| 25 | 2004 Ford Escape, 106,000 miles Location: In deb Imported from original petition Doc# 1 | 2,500.00 | 275.00 | | 0.00 | FA |
| 26 | 2009 gyundi Elantra sedan. Location: In debtor's Imported from original petition Doc# 1 | 6,500.00 | 191.00 | | 0.00 | FA |
| 27 | 2010 Kawasaki Ninja - Joint with son. Father cos Imported from original petition Doc# 1 | 2,500.00 | 1,547.00 | | 0.00 | FA |
| 28 | Inheritance from mother  (u) | 0.00 | 0.00 | | 21,032.32 | FA |
| 28 | **Assets** Totals (Excluding unknown values) | **$268,459.00** | **$5,293.00** | | **$21,032.32** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   March 31, 2015      **Current Projected Date Of Final Report (TFR):**   January 6, 2015  (Actual)

Printed: 03/20/2015 02:30 PM    V.13.22

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 13-42844
**Case Name:** KOSIK, JOSEPH J., JR
KOSIK, MARY
**Taxpayer ID #:** **-***7205
**Period Ending:** 03/20/15

**Trustee:** Ira Bodenstein (330129)
**Bank Name:** Rabobank, N.A.
**Account:** ******3566 - Checking Account
**Blanket Bond:** $5,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/02/14 | {28} | Mary Kosik | Inheritance from mother | 1290-000 | 21,032.32 | | 21,032.32 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.20 | 21,007.12 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.20 | 20,977.92 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.19 | 20,944.73 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.11 | 20,915.62 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.08 | 20,883.54 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.03 | 20,852.51 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.99 | 20,825.52 |
| 02/12/15 | 101 | Ira Bodenstein | Final trustee fee TFR approved 2/10/15 | 2100-000 | | 2,853.23 | 17,972.29 |
| 02/12/15 | 102 | Discover Bank | Ref # 3974 | 7100-000 | | 767.50 | 17,204.79 |
| 02/12/15 | 103 | Discover Personal Loans | Ref # 9350 | 7100-000 | | 6,262.43 | 10,942.36 |
| 02/12/15 | 104 | Quantum3 Group LLC as agent for | Ref # 6181 | 7100-000 | | 101.66 | 10,840.70 |
| 02/12/15 | 105 | Quantum3 Group LLC as agent for | Ref # 4020 | 7100-000 | | 62.23 | 10,778.47 |
| 02/12/15 | 106 | Quantum3 Group LLC as agent for | Ref # 2159 | 7100-000 | | 72.93 | 10,705.54 |
| 02/12/15 | 107 | ALTAIR OH XIII, LLC | Ref # 8046 | 7100-000 | | 2,940.65 | 7,764.89 |
| 02/12/15 | 108 | Cavalry SPV I, LLC | Ref # 9736 | 7100-000 | | 167.77 | 7,597.12 |
| 02/12/15 | 109 | ALTAIR OH XIII, LLC | | 7100-000 | | 7,597.12 | 0.00 |
| | | **ACCOUNT TOTALS** | | | **21,032.32** | **21,032.32** | **$0.00** |
| | | Less: Bank Transfers | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | **21,032.32** | **21,032.32** | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$21,032.32** | **$21,032.32** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******3566** | **21,032.32** | **21,032.32** | **0.00** |
| | **$21,032.32** | **$21,032.32** | **$0.00** |

{} Asset reference(s)